UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AMERIHOME MORTGAGE COMPANY, LLC, | § § § | |
| Plaintiff, | § § | CIVIL NO. 4:25-cv-37 |
| v. | § § | |
| TERRELL HARLIN, *et al.*, | § § § | |
| Defendants. | § | |

## ANSWER OF DEFENDANT UNITED STATES OF AMERICA, ON BEHALF OF THE SECRETARY OF HOUSING AND URBAN DEVELOPMENT

COMES NOW Federal Defendant, United States of America, on behalf of the Secretary of the U.S. Department of Housing and Urban Development by and through the United States Attorney for the Southern District of Texas, and for its Answer to the Complaint, states:

I. Parties & Jurisdiction

1. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 1; therefore, they are denied.

2. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 2; therefore, they are denied.

3. Denied.

4. Defendant, United States of America, on Behalf of the Secretary of the U.S. Department of Housing and Urban Development, admits that HUD is a named defendant herein and that HUD has an interest in the subject property under a

1

Partial Claim Deed of Trust filed and recorded on June 29, 2023 as Instrument Number RP-2023-242008, in the official public records of Harris County, Texas. Plaintiff's Exhibit No. 6; Gov't Exhibit A. Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 4; therefore, they are denied.

5. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 5; therefore, they are denied.

6. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 6; therefore, they are denied.

7. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 7; therefore, they are denied.

8. Paragraph 8 is a statement of law to which no response is required. To the extent a response is required, Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 8; therefore, they are denied.

9. Admitted.

10. Defendant admits that venue is proper. Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 10; therefore, they are denied.

   II.　　Breach of Contract

11. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 11; therefore, they are denied.

12. Defendant lacks sufficient knowledge or information to admit or deny the

allegations in Paragraph 12; therefore, they are denied.

13. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 13; therefore, they are denied.

14. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 14; therefore, they are denied.

15. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 15; therefore, they are denied.

16. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 16; therefore, they are denied.

17. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 17; therefore, they are denied.

18. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 18; therefore, they are denied.

### III.    Conditions Precedent

19. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 19; therefore, they are denied.

20. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 20; therefore, they are denied.

### IV.    Attorneys' Fees

21. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 21; therefore, they are denied.

The last paragraph of the Complaint is a prayer for relief to which no response is

required. To the extent a response is required, Defendant lacks sufficient information or knowledge to admit or deny the allegations in the Prayer; therefore, they are denied.

Additional Assertions

Defendant, United States of America, on behalf of the Secretary of Housing and Urban Development, interposes no objection to the sale of the premises described in the Complaint if the sale is to be a judicial sale and the proceeds divided as the parties are entitled thereto, as contemplated by Title 28, U.S.C. § 2410.

Defendant, United States of America, on behalf of the Secretary of Housing and Urban Development, claims, with the same priority that its judgment has against the property to be sold, the excess proceeds of said judicial sale.

Defendant, United States of America, on behalf of the Secretary of Housing and Urban Development, also asserts that it has the right to be given actual notice of the time and place of any sale conducted as a result of these proceedings.

Defendant, United States of America, on behalf of Secretary of Housing and Urban Development, prays that this Court adjudicates the equities of the parties to this suit, and that if the property herein is sold, that it be sold subject to HUD's liens, subject only to the liens the Court determines to be superior to that of the United States, and such other and further relief as is just.

Dated: August 19, 2025

                                            Respectfully submitted,

                                            NICHOLAS J. GANJEI
                                            United States Attorney

By: /s/ *Catina Haynes Perry*
Catina Haynes Perry
Assistant United States Attorney
Texas Bar No. 24055638
Federal ID No. 577869
1000 Louisiana, Suite 2300
Houston, Texas 77002
Telephone: (713) 567-9354
Facsimile: (713) 718-3300
Email: catina.perry@usdoj.gov

Attorney for Federal Defendant.

## CERTIFICATE OF SERVICE

I certify that, on August 19, 2025, the foregoing was filed through the Court's CM/ECF system and served counsel of record through the Court's CM/ECF system.

*/s/ Catina Haynes Perry*
Catina Haynes Perry
Assistant United States Attorney